UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO. 10-CR-78-KSF

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                  **OPINION & ORDER**

CHARLES EDWARD HUTSELL                                              DEFENDANT

\* \* \* \* \* \* \* \* \* \*

Currently before the Court is a request by the defendant, Charles Edward Hutsell, for access to his "documents" in order to proceed with the appellate process [DE #492]. Hutsell's letter to the Court states that he has been unable to begin the appellate process because he has not been sent the sentencing transcripts, original indictment, original plea and the docket sheet from the Clerk of the Court's office. He then requests the Court to direct the Clerk of the Court to forward his "documents" needed to proceed with his appeal. However, Hutsell's request is vague with respect to the particular documents that he deems necessary to proceed with his appeal. Accordingly, his request, as stated, will be denied. Notwithstanding this denial, the Court directs the Clerk of the Court to forward a copy of the docket sheet in this matter to Hutsell, along with instructions on how Hutsell may obtain copies of the documents he seeks, upon payment of the appropriate fees.

Accordingly, for the reasons set forth above, the Court, being fully and sufficiently advised, hereby **ORDERS** as follows:

1.      Hutsell's request for access to his "documents" in order to proceed with the appellate

process [DE #492] is **DENIED**;

2.     The Clerk of the Court shall forward a copy of the docket sheet in this matter to

Hutsell, along with instructions on how Hutsell may obtain copies of the documents

he seeks, upon payment of the appropriate fees.

This November 2, 2011.

**Signed By:**

**_Karl S. Forester_** $KSF$

**United States Senior Judge**