UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO. 10-cr-78-KSF

UNITED STATES OF AMERICA                                                                                        PLAINTIFF

vs.                                     **OPINION AND ORDER**

TROY LAMONT CRUTCHER                                                            DEFENDANT

* * * * * * * *

This matter is before the Court on the July 9, 2013 Recommendation of Magistrate Judge J. Gregory Wehrman [DE 636] regarding Defendant Troy Lamont Crutcher's modification of conditions of release. The parties waived the fourteen-day objection period and requested prompt review by this Court.

"It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections to a Magistrate Judge's recommendation waives the right to appeal. *See Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Having examined the record, the Court is in agreement with the Magistrate Judge's Recommendation.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Recommendation [DE 636] is **ADOPTED** and **INCORPORATED** by reference.

This July 15, 2013.



Signed By:
*Karl S. Forester* KSF
**United States Senior Judge**